1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CUPID MONIQUE TROTTER,                      No.  2:22–cv–1552–KJM–KJN PS

12                   Plaintiff,                   ORDER

13           v.                                   (ECF No. 4.)

14    SACRAMENTO HOUSING AND
      REDEVELOPMENT AGENCY, et al.,
15
                     Defendants.
16

17          Plaintiff requests counsel be appointed for her civil case.  It is "well-established that there

18    is generally no constitutional right to counsel in civil cases."  United States v. Sardone, 94 F.3d

19    1233, 1236 (9th Cir. 1996).  The court is sympathetic to the difficulties faced by unrepresented

20    litigants in federal court, but has extremely limited resources to appoint attorneys in civil cases.

21    There are no exceptional circumstances warranting the appointment of counsel in this case, and

22    plaintiff's claim is not unusually complex and can be reasonably articulated by a pro se plaintiff.

23    See Agyeman v. Corr. Corp. of Am., 390 F.3d 1101, 1103 (9th Cir. 2004).  Thus, plaintiff's

24    motion for appointment of counsel (ECF No. 4) is DENIED.  Plaintiff's amended complaint (or

25    notice of voluntary dismissal) remains due by October 26, 2022.

26    Dated:  October 14, 2022

27

      trot.1552

28
                                                  KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  1