UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUPID MONIQUE TROTTER,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,<br><br>Defendants. | No. 2:22–cv–1552–KJM–KJN PS<br><br>ORDER<br><br>(ECF No. 6.) |

On November 15, 2022, the magistrate judge filed findings and recommendations (ECF No. 6), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 6) are ADOPTED IN FULL;
2. Leave to amend is WITHDRAWN;
3. Plaintiff's claims stated in the complaint (ECF No. 1) are DISMISSED WITH PREJUDICE; and
4. The Clerk of the Court is directed to CLOSE this case

DATED: January 17, 2023

CHIEF UNITED STATES DISTRICT JUDGE